**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/03)      Case Number **8:04−bk−08315−KRM**

# UNITED STATES BANKRUPTCY COURT
Middle District of Florida

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on April 26, 2004 .

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
Aaron Robert Swartz
1922 West State Street
Tampa, FL 33606−1046

| Case Number: | Social Security/Taxpayer ID Nos.: |
|---|---|
| 8:04−bk−08315−KRM | xxx−xx−9418 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Aaron Robert Swartz<br>1922 West State Street<br>Tampa, FL 33606−1046<br>Telephone number: | Traci K Strickland<br>Trustee<br>P O Box 86690<br>Maderia Beach, FL 33738<br>Telephone number: 727−397−4838 |

### Meeting of Creditors:
Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting.

Date: **May 26, 2004**      Time: **11:00 AM**
Location: **501 East Polk St., (Timberlake Annex), ROOM 100−C, Tampa, FL 33602**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: July 26, 2004**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| **Address of the Bankruptcy Clerk's Office:**<br>Sam M. Gibbons United States Courthouse<br>801 North Florida Avenue Suite 727<br>Tampa, FL 33602<br>Telephone number: 813−301−5162 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>David K Oliveria |
|---|---|
| Hours Open: Monday − Friday 8:30 AM − 4:00 PM | Date: April 29, 2004 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

## EXPLANATIONS

FORM B9A

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) or that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Legal Advice | The staff of the bankruptcy clerk's office and the U.S. Trustee's office cannot give legal advice. You may want to consult an attorney to protect your rights. |

–– Refer to Other Side for Important Deadlines and Notices ––

Voice Case Info. System (VCIS)

For use with a touch–tone phone only; using the dial pad VCIS will provide the caller with basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. VCIS is accessible 24 hours a day except when routine maintenance is performed. To access VCIS toll free call 1–866–879–1286.

BAE SYSTEMS
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-8              User: lucep              Page 1 of 1              Date Rcvd: Apr 29, 2004
Case: 04-08315                    Form ID: B9A             Total Served: 29

The following entities were served by first class mail on May 01, 2004.
 db         Aaron Robert Swartz,    1922 West State Street,    Tampa, FL  33606-1046
 tr         Traci K Strickland,    Trustee,    P O Box 86690,    Maderia Beach, FL  33738
 ust        United States Trustee - TPA7,    Timberlake Annex, Suite 1200,    501 E. Polk Street,
             Tampa, FL  33602
10184538   ADT Security Services,    PO Box 650485,    Dallas TX 75265-0485
10184539   Bray & Singletary PA,    PO Box 53197,    Jacksonville FL 32201-3197
10184542   Citibank MasterCard,    PO Box 769004,    San Antonio TX 78245-9004
10184543   Collectech Systems,    PO Box 4157,    Woodland Hills CA 91365
10184545   Diversified Collection,    PO Box 9049,    Pleasanton CA 94566-9049
10184546   Encore Receivable Management,    PO Box 3330,    Olathe KS 66063-3330
10184548   FNANB / Sam's Club,    PO Box 103036,    Roswell GA 30076
10184547   First North American Bank,    225 Hastain Meadows Court,    Kennesaw GA 30144
10184549   First North American Bank,    PO Box 100043,    Kennesaw GA 30156-9243
10184550   IC System Inc,    PO Box 64887,    St Paul MN 55164-0887
10184553   NCO Financial Systems Inc,    PO Box 2617,    Dept 64,    Guasti CA 91743
10184554   Pioneer Credit Recovery,    PO Box 279,    Arcade NY 14009
10184555   Providian Financial,    PO Box 9007,    Pleasanton CA 94566
10184556   Providian Financial,    PO Box 660763,    Dallas TX 75266-0763
10184557   Salvatore Spinelli Esq,    135 Maxess Road,    Suite 2B,    Melville NY 11747
10184558   Sherman Acquisition,    PO Box 10497,    Greenville SC 29603
10184559   Sound and Spirit,    PO box 1958,    Indianapolis IN 46291-0010
10184560   US Dept of Education,    830 first Street NE,    Washington DC 20202-5464
10184562   US Dept of Education,    AWG Hearings Branch,    61 Forsyth Street 19T89,    Atlanta GA 30303
10184561   US Dept of Education,    PO Box 4169,    Greenville TX 75403-4169

The following entities were served by electronic transmission on Apr 30, 2004 and receipt of the transmission
was confirmed on:
 tr         EDI: QTKSTRICKLAND.COM Apr 30 2004 11:55:00      Traci K Strickland,    Trustee,    P O Box 86690,
             Maderia Beach, FL  33738
10184540   EDI: CAPITALONE.COM Apr 30 2004 11:55:00      Capital One,    PO Box 85147,    Richmond VA 23276
10184541   EDI: CAPITALONE.COM Apr 30 2004 11:55:00      Capital One,    PO Box 85015,    Richmond VA 23285
10184544   E-mail: mrdiscen@discoverfinancial.com Apr 30 2004 11:50:07      Discover Financial Services,
             PO Box 15316,    Wilmington DE 19850
10184552   EDI: TSYS.COM Apr 30 2004 11:55:00      Monogram Bank of Georgia,    2323 North Central Expressway,
             Richardson TX 95080
10184551   EDI: TSYS.COM Apr 30 2004 11:55:00      Monogram Bank of Georgia,    PO Box 105985,
             Atlanta GA 30348-5985
10184555   EDI: PROVID.COM Apr 30 2004 11:55:00      Providian Financial,    PO Box 9007,    Pleasanton CA 94566
10184563   EDI: AFNIVERIZON.COM Apr 30 2004 11:55:00      Verizon Florida Inc,    PO Box 920041,
             Dallas TX 75392-0041
                                                                                                 TOTAL: 8

           ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                           TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 01, 2004**             **Signature:** _Joseph Speetjens_