**[8OOAPFI]** [Order to Pay Filing Fee in Installments]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                          Case No. 8:04–bk–08315–KRM
                                                                Chapter 7
Aaron Robert Swartz
1922 West State Street
Tampa, FL 33606–1046


_____Debtor(s)_____/


ORDER AUTHORIZING APPLICATION
TO PAY FILING FEES IN INSTALLMENTS


    THIS CASE came on for consideration, ex parte, upon an Application to Pay Filing Fees in Installments by the Debtor(s) in the above–captioned case. The Court has considered the Application, together with the record, and finds that the Application should be granted pursuant to Fed. R. Bankr. P. 1006. Accordingly, it is

    ORDERED:

    1. The Debtor(s) shall pay the filing fee in installments as the terms set forth in the Application to Pay Filing Fees in Installments filed on April 26, 2004 .

    2. Until the filing fee is paid in full, the Debtor(s) shall not pay, and no person shall accept, any money for services in connection with this case, and the Debtor(s) shall not relinquish, and no person shall accept, any property as payment for services in connection with this case.


    DONE AND ORDERED on May 4, 2004 .


_____
K. Rodney May
United States Bankruptcy Judge