[8OOAPFI] [Order to Pay Filing Fee in Installments]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                               Case No. 8:04−bk−08315−KRM
                                                     Chapter 7
Aaron Robert Swartz
1922 West State Street
Tampa, FL 33606−1046

_____Debtor(s)_____/

ORDER AUTHORIZING APPLICATION
TO PAY FILING FEES IN INSTALLMENTS

   THIS CASE came on for consideration, ex parte, upon an Application to Pay Filing Fees in Installments by the Debtor(s) in the above−captioned case. The Court has considered the Application, together with the record, and finds that the Application should be granted pursuant to Fed. R. Bankr. P. 1006. Accordingly, it is

   ORDERED:

   1. The Debtor(s) shall pay the filing fee in installments as the terms set forth in the Application to Pay Filing Fees in Installments filed on April 26, 2004 .

   2. Until the filing fee is paid in full, the Debtor(s) shall not pay, and no person shall accept, any money for services in connection with this case, and the Debtor(s) shall not relinquish, and no person shall accept, any property as payment for services in connection with this case.

   DONE AND ORDERED on May 4, 2004 .

                                                     _____
                                                     K. Rodney May
                                                     United States Bankruptcy Judge

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-8          User: merenc              Page 1 of 1              Date Rcvd: May 04, 2004
Case: 04-08315                Form ID: 8ooapfi          Total Served: 3

The following entities were served by first class mail on May 06, 2004.
db          Aaron Robert Swartz,   1922 West State Street,   Tampa, FL   33606-1046
tr          Traci K Strickland,   Trustee,   P O Box 86690,   Maderia Beach, FL   33738
ust         United States Trustee - TPA7,   Timberlake Annex, Suite 1200,   501 E. Polk Street,
            Tampa, FL   33602

The following entities were served by electronic transmission.
NONE.                                                                                     TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: May 06, 2004**                    Signature:    *Joseph Speetjens*