FORM B6F - Cont.
(10/89)

In re **Aaron Robert Swartz**,
　　　　　Debtor

Case No. **8:04-bk-08315-KRM**
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4583778<br><br>American Alarm Systems<br>2557-B Nursery Road<br>Clearwater, FL 33764 | | | August 30, 2002<br>Alarm Service Agreement | | | | $1,403.53 |
| ACCOUNT NO.<br><br>Lindquist & Trudeau, Inc.<br>2505 Metro Boulevard, Suite E<br>Saint Louis, MO 63043 | | | " | | | | " |
| ACCOUNT NO. 4427 1000 1825 0246<br><br>Bank of America<br>P.O. Box 7047<br>Dover, DE 19903 | | | July 2001<br>Credit Card Purchases<br><br>Original creditor of a debt now held by Sherman Acquisition. | | | | 0.00 |
| ACCOUNT NO. 4447 0092 1309 4141<br><br>Capital Acquisitions and Management Company<br>P.O. Box 5087<br>Rockford, IL 61125-0247 | | | July 2000<br>Credit Card Purchases<br><br>Current owner of a debt originally held by Capital One. | | | | $0.00 |
| ACCOUNT NO. | | | | | | | $0.00 |

887255

Sheet no. ___ of ___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　Subtotal ➤ $ 1,403.53
　　　　　　　　　　　　　　　　　　　　(Total of this page)
　　　　　　　　　　　　　　　　　　　　　　　　　　Total ➤ $ 48,468.53
(Use only on last page of the completed Schedule E.)
(Report total also on Summary of Schedules)

FORM B6-Cont.
(6/90)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

In re  Aaron Robert Swartz  ,  Case No. 8:04-bk-08315-KRM
            Debtor                                              (If known)

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | ✔ / ☐ | 1 | $ 68,000.00 | | |
| B - Personal Property | ✔ / ☐ | 3 | $ 11,430.00 | | |
| C - Property Claimed as Exempt | ✔ / ☐ | 1 | | | |
| D - Creditors Holding Secured Claims | ✔ / ☐ | 1 | | $ 76,750.00 | |
| E - Creditors Holding Unsecured Priority Claims | ✔ / ☐ | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | ✔ / ☐ | 4 | | $ 48,468.53 | |
| G - Executory Contracts and Unexpired Leases | ✔ / ☐ | 1 | | | |
| H - Codebtors | ✔ / ☐ | 1 | | | |
| I - Current Income of Individual Debtor(s) | ✔ / ☐ | 1 | | | $ 1,967.00 |
| J - Current Expenditures of Individual Debtor(s) | ✔ / ☐ | 1 | | | $ 1,950.00 |
| Total Number of Sheets of ALL Schedules ➤ | | 16 | | | |
| | | Total Assets ➤ | $ 79,430.00 | | |
| | | | Total Liabilities ➤ | $ 125,218.53 | |

Your Name, Address & Phone Number:

In Pro Per

UNITED STATES BANKRUPTCY COURT FOR THE
__Middle__ DISTRICT OF __Florida__

In re __Aaron Robert Swartz__ )
)   Case No. __8:04-bk-08315-KRM__
)
)
)
Debtor(s)   )

PROOF OF SERVICE BY MAIL

I, __Jeffrey Burns__, declare that:

I am over the age of 18 years and not a party to the within bankruptcy. I reside in or am employed in the County of __Hillsborough__. My residence/business address is __1922 W. State St. Tampa, FL 33606__.

On __July 13, 2004__, I served the within __Notice of Bankruptcy Case__ by placing a true and correct copy of it in a sealed envelope with first-class postage fully prepaid, in the United States mail at __Main Post Office, Tampa, FL - Airport__, addressed as follows:

American Alarms Systems
2557-B Nursery Road
Clearwater, FL 33764

I declare under penalty of perjury that the foregoing is true and correct. Executed on __July 13__, 20 __04__ at __1:30 PM__.

_Jeffrey Burns_
Signature

Your Name, Address & Phone Number:

In Pro Per

UNITED STATES BANKRUPTCY COURT FOR THE
__middle__ DISTRICT OF __Florida__

In re Aaron Robert Swartz )
) Case No. 8:04-bk-08315-KRM
)
)
)
Debtor(s) )

## PROOF OF SERVICE BY MAIL

I, __Jeffrey Burns__, declare that:

I am over the age of 18 years and not a party to the within bankruptcy. I reside in or am employed in the County of __Hillsborough__. My residence/business address is __1922 W. State St. Tampa, FL 33606__

On __July 13, 2004__, I served the within __Notice of Bankruptcy Case__ by placing a true and correct copy of it in a sealed envelope with first-class postage fully prepaid, in the United States mail at __Main Post Office, Tampa Airport - Tampa, FL__, addressed as follows:

Lindquist + Trudeau, Inc.
25051 Metro Blvd. Suite E
Saint Louis, MO 63043

I declare under penalty of perjury that the foregoing is true and correct. Executed on __July 13__, 20__04__ at __1:30 PM__

Signature: _Jeffrey Burns_

Your Name, Address & Phone Number:

In Pro Per

UNITED STATES BANKRUPTCY COURT FOR THE
__Middle__ DISTRICT OF __Florida__

In re __Aaron Robert Swartz__  )
) Case No. __8:04-bk-08315-KRM__
)
)
)
Debtor(s)  )

## PROOF OF SERVICE BY MAIL

I, __Jeffrey Burns__, declare that:

I am over the age of 18 years and not a party to the within bankruptcy. I reside in or am employed in the County of __Hillsborough__. My residence/business address is __1922 W. State St. Tampa, FL 33606__

On __July 13, 2004__, I served the within __Notice of Bankruptcy Case__ by placing a true and correct copy of it in a sealed envelope with first-class postage fully prepaid, in the United States mail at __Main Post Office, Tampa Airport - Tampa, Florida__, addressed as follows:

Bank of America
P.O. Box 7047
Dover, DE 19903

I declare under penalty of perjury that the foregoing is true and correct. Executed on __July 13__, 20 __04__ at __1:30 PM__

Signature __Jeffrey Burns__

Your Name, Address & Phone Number:

In Pro Per

UNITED STATES BANKRUPTCY COURT FOR THE
__Middle__ DISTRICT OF __Florida__

In re __Aaron Robert Swartz__ )
) Case No. __8:04-bk-08315-KRM__
)
)
)
Debtor(s) )

PROOF OF SERVICE BY MAIL

I, __Jeffrey Burns__, declare that:

I am over the age of 18 years and not a party to the within bankruptcy. I reside in or am employed in the County of __Hillsborough__. My residence/business address is __1922 W. State St., Tampa, FL 33606__.

On __July 13, 2004__, I served the within __Notice of Bankruptcy Case__ by placing a true and correct copy of it in a sealed envelope with first-class postage fully prepaid, in the United States mail at __Main Post Office – Tampa Airport – Tampa, FL__, addressed as follows:

Capital Acquisitions + Mgt. Co.
P.O. Box 5087
Rockford, IL 61125-0247

I declare under penalty of perjury that the foregoing is true and correct. Executed on __July 13__, 20__04__ at __1:30 PM__.

Signature __Jeffrey Burns__