**[8ostkam]** [ ORDER STRIKING AMENDMENT ]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                 Case No. 8:04−bk−08315−KRM
                                                                       Chapter 7

Aaron Robert Swartz
1922 West State Street
Tampa, FL 33606−1046




_____Debtor(s)_____/


ORDER STRIKING AMENDMENT


    THIS CASE came on for consideration upon the Court's own motion for the purpose of entering an appropriate order. The Court has considered the record and finds that a document titled Addendum to Schedule F and Amended Summary of Schedules was filed on July 14, 2004 by the debtor and is deficient as follows:

☐ Filing fee not paid as required by 28 U.S.C. Section 1930(b).

☑ Amendment does not contain an appropriate proof of service in compliance with Fed R. Bankr. P. 1009(a). Local Rule 1009−1(e) and/or Local Rule 7005−1(c).

☑ Amendment does not contain an appropriate unsworn declaration with signature of debtor(s) in compliance with Fed. R. Bankr. P. 1008.

☐ Document is not an appropriate amendment as required by Fed. R. Bankr. P. 1009(a).

☐ The amended petition is not properly signed by the attorney for the debtor in compliance with Fed. R. Bankr. P. 9011(a).

☐ A copy of the Notice of Bankruptcy Case, Meeting of Creditors and Deadlines (Section 341 Meeting Notice) was not served on the additional creditors.

☐ A copy of Notice of Bankruptcy Case, Meeting of Creditors and Deadlines (Section 341 Meeting Notice) and a copy of the Notice Fixing Deadline to File a Proof of Claim was not served on the additional creditors.

Accordingly, it is

ORDERED that the deficiency as noted above causes this amendment to be stricken without prejudice with leave granted to resubmit the same curing the deficiency as noted.

DONE AND ORDERED on July 15, 2004 .

_____
K. Rodney May
United States Bankruptcy Judge