**[8ostkam]** [ ORDER STRIKING AMENDMENT ]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:04−bk−08315−KRM
Chapter 7

Aaron Robert Swartz
1922 West State Street
Tampa, FL 33606−1046

_____Debtor(s)_____/

ORDER STRIKING AMENDMENT

   THIS CASE came on for consideration upon the Court's own motion for the purpose of entering an appropriate order. The Court has considered the record and finds that a document titled  Addendum to Schedule F and Amended Summary of Schedules was filed on  July 14, 2004 by the debtor and is deficient as follows:

☐  Filing fee not paid as required by 28 U.S.C. Section 1930(b).

☒  Amendment does not contain an appropriate proof of service in compliance with Fed R. Bankr. P. 1009(a). Local Rule 1009−1(e) and/or Local Rule 7005−1(c).

☒  Amendment does not contain an appropriate unsworn declaration with signature of debtor(s) in compliance with Fed. R. Bankr. P. 1008.

☐  Document is not an appropriate amendment as required by Fed. R. Bankr. P. 1009(a).

☐  The amended petition is not properly signed by the attorney for the debtor in compliance with Fed. R. Bankr. P. 9011(a).

☐  A copy of the Notice of Bankruptcy Case, Meeting of Creditors and Deadlines (Section 341 Meeting Notice) was not served on the additional creditors.

☐  A copy of Notice of Bankruptcy Case, Meeting of Creditors and Deadlines (Section 341 Meeting Notice) and a copy of the Notice Fixing Deadline to File a Proof of Claim was not served on the additional creditors.

Accordingly, it is

ORDERED that the deficiency as noted above causes this amendment to be stricken without prejudice with leave granted to resubmit the same curing the deficiency as noted.

DONE AND ORDERED on July 15, 2004 .

_____
K. Rodney May
United States Bankruptcy Judge

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 113A-8          User: dexteb            Page 1 of 1           Date Rcvd: Jul 19, 2004
Case: 04-08315                Form ID: pdfdoc         Total Served: 7

The following entities were served by first class mail on Jul 21, 2004.
db          Aaron Robert Swartz,   1922 West State Street,   Tampa, FL  33606-1046
tr         +Traci K Strickland,   P O Box 86690,   Maderia Beach, FL 33738-6690
ust        +United States Trustee - TPA7,   Timberlake Annex, Suite 1200,   501 E. Polk Street,
             Tampa, FL 33602-3949
           +American Alarms Systems,   2557-B Nursery Road,   Clearwater, FL 33764-1781
           +Bank of America,   PO Box 7047,   Dover, DE 19903-7047
           +Capital Acquisitions & Mgt Co,   PO Box 5087,   Rockford, IL 61125-0087
            Lindquist & Trudeau, Inc,   2505 Metro Blvd,   Suite E,   St Louis, MO  63643

The following entities were served by electronic transmission.
NONE.                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 21, 2004**          Signature:  *Joseph Speetjens*