Your Name, Address & Phone Number:

In Pro Per

FILED
TAMPA, FLORIDA

2004 AUG 26 AM 9:32

CLERK, U.S. BANKRUPTCY
COURT, MIDDLE
DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT FOR THE
_Middle_ DISTRICT OF _Florida_

In re )
) Case No. _8:04-bk-08315-KRM_
)
)
_Aaron Robert Swartz_ Debtor(s) )

PROOF OF SERVICE BY MAIL

I, _Jeffrey Wayne Burns_, declare that:

I am over the age of 18 years and not a party to the within bankruptcy. I reside in or am employed in the County of _Hillsborough_. My residence/business address is _1922 W. State St., Tampa, FL 33606_

On _July 13, 2004_, I served the within _Notice of Bankruptcy and Amended Sch. F_ by placing a true and correct copy of it in a sealed envelope with first-class postage fully prepaid, in the United States mail at _Main Post Office - Airport, Tampa, Florida_, addressed as follows:

U.S. Bankruptcy Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602;
Traci Strickland, Bankruptcy Trustee, P.O. Box 86690, Maderia Beach, FL 33738;
American Alarm Systems, 2557-B Nursery Road, Clearwater, FL 33764;
Lindquist + Trudeau, Inc., 2505 Metro Boulevard, Suite E, St. Louis, MO 63043;
Bank of America, P.O. Box 7047, Dover, DE 19903;
Capital Acquisitions + Mgt. Co., P.O. Box 5087, Rockford, IL 61125-0247.

I declare under penalty of perjury that the foregoing is true and correct. Executed on _August 25_, 20_04_ at _1922 W. State St., Tampa, FL 33606_

_Jeffrey Wayne Burns_
Signature

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | | |
|---|---|---|
| In re <u>AARON ROBERT SWARTZ</u><br>Debtor | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 8:04-bk-08315-KRM<br>Chapter 7 |

In re <u>Aaron Robert Swartz</u>, Pro Se Debtor											Case No. 8:04-bk-08315-KRM

## DECLARATION CONCERNING DEBTOR'S AMENDMENTS

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing Amendment to Schedule F and Amendment to Summary of Schedules, and that they are true and correct to the best of my knowledge, information, and belief.

Date: August 25, 2004			Signature: *[signed] Aaron R. Swartz*
										Debtor

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER

I certify that I am a bankruptcy petition preparer as defined in 11U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_None_
Printed or Typed Name of Bankruptcy Petition Preparer


X_____
Signature of Bankruptcy Petition Preparer