**[87fd]** [FINAL DECREE]

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re:                                                              Case No. 8:04−bk−08315−KRM
                                                                    Chapter 7


Aaron Robert Swartz
1922 West State Street
Tampa, FL 33606−1046




_____ Debtor(s) _____/

### FINAL DECREE


The estate of the above−named debtor has been fully administered.

IT IS ORDERED THAT:

   − Traci K Strickland is discharged as trustee of the estate of the above−named debtor and the bond as pertains to this case is cancelled;

   − the Chapter 7 case of the above−named debtor is closed.


   DONE AND ORDERED on September 17, 2004 .


                                                    _____
                                                    K. Rodney May
                                                    United States Bankruptcy Judge


*Set forth all names, including trade names, used by the debtor(s) within the last 6 years (Fed. R. Bankr. P. 1005). For joint debtors set forth both social security numbers.

**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE  OF  SERVICE

District/off: 113A-8          User: merenc              Page 1 of 1                    Date Rcvd: Sep 17, 2004
Case: 04-08315               Form ID: 87fd             Total Served: 1

The following entities were served by first class mail on Sep 19, 2004.
db          Aaron Robert Swartz,   1922 West State Street,   Tampa, FL  33606-1046

The following entities were served by electronic transmission.
NONE.                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 19, 2004**              **Signature:**    *Joseph Speetjens*