Form B18 (Official Form 18)(12/03)

# United States Bankruptcy Court
### Middle District of Florida
Case No. 8:04–bk–08315–KRM  
Chapter 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Aaron Robert Swartz  
   1922 West State Street  
   Tampa, FL 33606–1046

Social Security No.:  
   xxx–xx–9418

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

_____  
K. Rodney May  
United States Bankruptcy Judge

Dated: September 17, 2004

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18 continued

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF SERVICE

```
District/off: 113A-8            User: merenc              Page 1 of 1                Date Rcvd: Sep 17, 2004
Case: 04-08315                  Form ID: B18              Total Served: 29
```

```
The following entities were served by first class mail on Sep 19, 2004.
db          Aaron Robert Swartz,    1922 West State Street,    Tampa, FL  33606-1046
tr         +Traci K Strickland,    P O Box 86690,    Maderia Beach, FL 33738-6690
ust        +United States Trustee - TPA7,    Timberlake Annex, Suite 1200,    501 E. Polk Street,
             Tampa, FL 33602-3949
10184538    ADT Security Services,    PO Box 650485,    Dallas TX 75265-0485
10184539    Bray & Singletary PA,    PO Box 53197,    Jacksonville FL 32201-3197
10184542    Citibank MasterCard,    PO Box 769004,    San Antonio TX 78245-9004
10184543   +Collectech Systems,    PO Box 4157,    Woodland Hills CA 91365-4157
10184545    Diversified Collection,    PO Box 9049,    Pleasanton CA 94566-9049
10184546    Encore Receivable Management,    PO Box 3330,    Olathe KS 66063-3330
10184548   +FNANB / Sam's Club,    PO Box 103036,    Roswell GA 30076-9036
10184547    First North American Bank,    225 Hastain Meadows Court,    Kennesaw GA 30144
10184549    First North American Bank,    PO Box 100043,    Kennesaw GA 30156-9243
10184550    IC System Inc,    PO Box 64887,    St Paul MN 55164-0887
10184553   +NCO Financial Systems Inc,    PO Box 2617,    Dept 64,    Guasti CA 91743-2617
10184554   +Pioneer Credit Recovery,    PO Box 279,    Arcade NY 14009-0279
10184557   +Salvatore Spinelli Esq,    135 Maxess Road,    Suite 2B,    Melville NY 11747-3801
10184558   +Sherman Acquisition,    PO Box 10497,    Greenville SC 29603-0497
10184559    Sound and Spirit,    PO box 1958,    Indianapolis IN 46291-0010
10184560   +US Dept of Education,    830 first Street NE,    Washington DC 20202-0001
10184562   +US Dept of Education,    AWG Hearings Branch,    61 Forsyth Street 19T89,    Atlanta GA 30303-8928
10184561    US Dept of Education,    PO Box 4169,    Greenville TX 75403-4169

The following entities were served by electronic transmission on Sep 18, 2004 and receipt of the transmission
was confirmed on:
tr         +EDI: QTKSTRICKLAND.COM Sep 18 2004 11:15:00      Traci K Strickland,    P O Box 86690,
             Maderia Beach, FL 33738-6690
10184540   +EDI: CAPITALONE.COM Sep 18 2004 11:16:00      Capital One,    PO Box 85147,    Richmond VA 23276-0001
10184541   +EDI: CAPITALONE.COM Sep 18 2004 11:16:00      Capital One,    PO Box 85015,    Richmond VA 23285-5015
10184544   +E-mail: mrdiscen@discoverfinancial.com Sep 18 2004 10:48:59      Discover Financial Services,
             PO Box 15316,  Wilmington DE 19850-5316
10184552   +EDI: TSYS.COM Sep 18 2004 11:16:00      Monogram Bank of Georgia,    2323 North Central Expressway,
             Richardson TX 75080-2712
10184551    EDI: TSYS.COM Sep 18 2004 11:16:00      Monogram Bank of Georgia,    PO Box 105985,
             Atlanta GA 30348-5985
10184555   +EDI: PROVID.COM Sep 18 2004 11:16:00      Providian Financial,    PO Box 9007,
             Pleasanton CA 94566-9007
10184556    EDI: PROVID.COM Sep 18 2004 11:16:00      Providian Financial,    PO Box 660763,
             Dallas TX 75266-0763
10184563    EDI: AFNIVERIZON.COM Sep 18 2004 11:15:00      Verizon Florida Inc,    PO Box 920041,
             Dallas TX 75392-0041
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 19, 2004**                        **Signature:**    *Joseph Speetjens*